# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAWYER'S RECOVERY, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV590 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PILGRIM'S PRIDE CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to withdraw of Brian D. Nolan, Susan L. Stryker and the law firm of Nolan, Olson, Hansen, Lautenbaugh & Buckley, LLP (Filing No. 13) as counsel for the defendant. The court notes other counsel represents the defendant. **See** Filing No. 12. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Brian D. Nolan, Susan L. Stryker and the law firm of Nolan, Olson, Hansen, Lautenbaugh & Buckley, LLP (Filing No. 13) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices to Brian D. Nolan and Susan L. Stryker regarding this case.

DATED this 15th day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge